# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,
ex rel., et al.,

      Plaintiffs,

v.                                            CASE NO.  4:03cv101-RH/WCS

BARNES & MORGAN PARTNERSHIP,
etc., et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

The relators in this qui tam action have filed a motion for voluntary dismissal under Federal Rule of Civil Procedure 41.  The government consents to dismissal.  The government also has responded to the order to show cause entered April 1, 2005, by indicating it consents to the unsealing of all papers identified in that order.  No other response to the order to show cause has been filed.  Upon consideration,

      IT IS ORDERED:

The relators' motion to dismiss (document 21) is GRANTED.  The clerk shall enter judgment stating, "Pursuant to Federal Rule of Civil Procedure 41(a), this action is dismissed without prejudice."  The clerk shall unseal all documents

filed in this action (other than relators' attorneys' time records) and shall close the file.

    SO ORDERED this 9th day of May, 2005.

                                         s/Robert L. Hinkle
                                         Chief United States District Judge